# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lakhwinder Singh<br>       Heather Lynn Singh<br>                Debtor(s) | BK NO. 21-02095 MJC<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PennyMac Loan Services LLC and index same on the master mailing list.

                          Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
29 Sep 2021, 13:00:04, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322