UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: LAKHWINDER SINGH and HEATHER LYNN SINGH<br>  Debtors | : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>  Movant | : | |
| vs. | : | |
| LAKHWINDER SINGH and<br>HEATHER LYNN SINGH<br>  Respondents | : | CASE NO. 5-21-bk-02095 |

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 1st day of November, 2021, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtors' plan for the following reason(s):

1. Debtors' plan violates 11 U.S.C. §§ 1322(a)(1) and 1325(b) in that the debtors have not submitted all or such portion of the disposable income to the Trustee as required. More specifically,

Trustee alleges and avers that debtors' disposable income is greater than that which is committed to the plan based upon the Means Test calculation and specifically disputes the following amounts:

　　a. Line 12 – Vehicle operation expense for two or more vehicles is $434.00.

WHEREFORE, Trustee alleges and avers that debtors' plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

　　a. Deny confirmation of debtor(s) plan.
　　b. Dismiss or convert debtor(s) case.
　　c. Provide such other relief as is equitable and just.

　　　　　　　　Respectfully submitted:

　　　　　　　　/s/Jack N. Zaharopoulos
　　　　　　　　Standing Chapter 13 Trustee
　　　　　　　　8125 Adams Drive, Suite A
　　　　　　　　Hummelstown, PA 17036
　　　　　　　　(717) 566-6097

CERTIFICATE OF SERVICE

       AND NOW, this 3rd day of November, 2021, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Charles Laputka, Esquire
1344 West Hamilton Street
Allentown, PA 18102

    /s/Deborah A. Behney
    Office of Jack N. Zaharopoulos
    Standing Chapter 13 Trustee