United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Lakhwinder Singh

Heather Lynn Singh

    Debtors

Case No. 21-02095-MJC

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5           User: AutoDocke           Page 1 of 3

Date Rcvd: Nov 02, 2021          Form ID: ntcnfhrg          Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2021:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Lakhwinder Singh, Heather Lynn Singh, 76 N. Kennedy Drive, McAdoo, PA 18237-1908 |
| cr | + | American Express National Bank c/o Zwicker & Assoc, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 5437507 | + | American Express, PO BOX 981537, El Paso, TX 79998-1537 |
| 5438272 | + | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 5437508 | + | Bureau of Accounts Management, 3607 Rosemont Ave, Ste 502, Camp Hill, PA 17011-6943 |
| 5437509 | + | CACL FCU, 401 Beechwood Avenue, Mar Lin, PA 17951-9800 |
| 5437511 | + | Carrie Gerding, Esq, 120 CORPORATE BLVD, Norfolk, VA 23502-4952 |
| 5437514 | + | Financial Recoveries, 200 East Park Drive, Ste 100, Mount Laurel, NJ 08054-1297 |
| 5437515 | + | First Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5443028 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5437516 | ++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020 address filed with court:, Ian Winograd, Esq., Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 5437524 | ++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020 address filed with court:, Second Round Sub, LLC, 7 Entin Road, Parsippany, NJ 07054 |
| 5437522 | + | Pennymac Loan Services LLC, 6101 Condor Drive, Moorpark, CA 93021-2602 |
| 5437525 | + | Wells Fargo Bank Card Services, PO BOX 14517, Des Moines, IA 50306-3517 |
| 5439555 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5437526 | + | Zwicker & Associates, 3220 Tillman Dr Ste 215, Bensalem, PA 19020-2028 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Nov 03 2021 10:30:16 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5437512 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 02 2021 18:51:00 | CB Indigo, PO BOX 4499, Beaverton, OR 97076-4499 |
| 5437510 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 02 2021 18:51:30 | Capital One Bank USA NA, PO BOX 31293, Salt Lake City, UT 84131-0293 |
| 5437513 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 02 2021 18:51:31 | Citicards CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 5437519 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 02 2021 18:51:31 | Macy's/DSNB, 911 Duke BLVD, Mason, OH 45040 |
| 5441201 | | Email/Text: bnc-quantum@quantum3group.com | Nov 02 2021 18:51:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5437517 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 02 2021 18:51:29 | JPMCB - Card Services, 301 N. Walnut Street, Floor 09, Wilmington, DE 19801 |
| 5437518 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 02 2021 18:51:31 | LVNV Funding LLC, PO BOX 1269, Greenville, |

|  |  |  | SC 29602-1269 |
|---|---|---|---|
| 5438262 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 02 2021 18:51:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5437520 | + Email/Text: Bankruptcies@nragroup.com | Nov 02 2021 18:51:00 | NTL Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 5440560 | + Email/PDF: cbp@onemainfinancial.com | Nov 02 2021 18:51:29 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5437521 | + Email/PDF: cbp@onemainfinancial.com | Nov 02 2021 18:51:25 | Onemain, 100 International Drive, 15th floor, Baltimore, MD 21202-4784 |
| 5437523 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 02 2021 18:51:31 | Portfolio Recovery Associates, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502 |
| 5437516 | Email/Text: signed.order@pfwattorneys.com | Nov 02 2021 18:51:00 | Ian Winograd, Esq., Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 5437524 | Email/Text: signed.order@pfwattorneys.com | Nov 02 2021 18:51:00 | Second Round Sub, LLC, 7 Entin Road, Parsippany, NJ 07054 |
| 5437718 | + Email/PDF: gecsedi@recoverycorp.com | Nov 02 2021 18:51:34 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2021  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Laputka | on behalf of Debtor 1 Lakhwinder Singh claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com |
| Charles Laputka | on behalf of Debtor 2 Heather Lynn Singh claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor PennyMac Loan Services LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

District/off: 0314-5

Date Rcvd: Nov 02, 2021

TOTAL: 5

User: AutoDocke

Form ID: ntcnfhrg

Page 3 of 3

Total Noticed: 30

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| Lakhwinder Singh, | Chapter     13 |
| **Debtor 1** | |
| | Case No.     5:21−bk−02095−MJC |
| Heather Lynn Singh, | |
| **Debtor 2** | |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**November 30, 2021** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: December 7, 2021<br><br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

### FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 2, 2021 |

ntcnfhrg (08/21)