# LOCAL BANKRUPTCY FORM 3015-3(a)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:**

Lakhwinder Singh and Heather Lynn Singh

**CHAPTER 13**

CASE NO. 5 - 21 -bk- 02095

**Debtor(s)**

### CHAPTER 13 DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION DOMESTIC SUPPORT OBLIGATIONS

*If a joint petition is filed, each spouse must complete and file a separate certification.*

I, Lakhwinder Singh, upon oath or affirmation, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on 12/7/2021.

2. That all post-petition amounts that are required to be paid under any and all Domestic Support Obligations have been paid as required by 11 U.S.C. § 1325(a)(8).

3. That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308 have been filed.

4. If this Certification is being signed by counsel for Debtor, that the Debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment for perjury.

DATED: 11/11/2021          BY: *Charles Laputka*
                               Counsel for Debtor

DATED: 11/16/2021          BY: [signature]
                               Debtor

 

**REFERENCE NUMBER**
DFB03BCC-2493-4D8C-915E-7FEB152A10E6

# SIGNATURE CERTIFICATE

## TRANSACTION DETAILS

**Reference Number**
DFB03BCC-2493-4D8C-915E-7FEB152A10E6
**Transaction Type**
Signature Request
**Sent At**
11/11/2021 16:14 EST
**Executed At**
11/16/2021 01:01 EST
**Identity Method**
email
**Distribution Method**
email
**Signed Checksum**
490d3406c3d2e6f2899c58dd24efed8ea859097a005ab837e9edab48ff42457a
**Signer Sequencing**
Disabled
**Document Passcode**
Disabled

## DOCUMENT DETAILS

**Document Name**
Ch 13 Pre Confirmation With Post Petition Dso - Lakhwinder - 11 11 2021
**Filename**
ch_13_pre_confirmation_with_post_petition_dso_-_lakhwinder_-_11_11_2021.pdf
**Pages**
1 page
**Content Type**
application/pdf
**File Size**
294 KB
**Original Checksum**
27176e9fd7ffd089a25099841b4be3a0ef2df5dd0d842cd3b67f452de4def376

# SIGNERS

| SIGNER | E-SIGNATURE | EVENTS |
|---|---|---|
| **Name**<br>Lakhwinder & Heather Singh<br>**Email**<br>lakha_badlia@yahoo.com<br>**Components**<br>2 | **Status**<br>signed<br>**Multi-factor Digital Fingerprint Checksum**<br>880841743c6d26deabd87d264ade4be4c4ed36892f86ff10f1c5cc2336d5d292<br>**IP Address**<br>72.21.196.67<br>**Device**<br>Firefox via Windows<br>**Drawn Signature**<br>[signature]<br>**Signature Reference ID**<br>E7E3D549<br>**Signature Biometric Count**<br>341 | **Viewed At**<br>11/16/2021 01:00 EST<br>**Identity Authenticated At**<br>11/16/2021 01:01 EST<br>**Signed At**<br>11/16/2021 01:01 EST |

# AUDITS

| TIMESTAMP | AUDIT |
|---|---|
| 11/11/2021 16:14 EST | Charles Laputka (jen@laputkalaw.com) created document 'ch_13_pre_confirmation_with_post_petition_dso_-_lakhwinder_-_11_11_2021.pdf' on Chrome via Windows from 151.197.36.32. |
| 11/11/2021 16:14 EST | Lakhwinder & Heather Singh (lakha_badlia@yahoo.com) was emailed a link to sign. |
| 11/12/2021 09:11 EST | Lakhwinder & Heather Singh (lakha_badlia@yahoo.com) was emailed a reminder. |
| 11/15/2021 10:23 EST | Lakhwinder & Heather Singh (lakha_badlia@yahoo.com) was emailed a reminder. |
| 11/15/2021 18:02 EST | Lakhwinder & Heather Singh (lakha_badlia@yahoo.com) was emailed a reminder. |
| 11/16/2021 01:00 EST | Lakhwinder & Heather Singh (lakha_badlia@yahoo.com) viewed the document on Firefox via Windows from 72.21.196.67. |

| | |
|---|---|
| 11/16/2021 01:01 EST | Lakhwinder & Heather Singh (lakha_badlia@yahoo.com) authenticated via email on Firefox via Windows from 72.21.196.67. |
| 11/16/2021 01:01 EST | Lakhwinder & Heather Singh (lakha_badlia@yahoo.com) signed the document on Firefox via Windows from 72.21.196.67. |