United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Lakhwinder Singh  
Heather Lynn Singh  
    Debtors

Case No. 21-02095-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3  
Date Rcvd: Mar 12, 2025     Form ID: ordsmiss     Total Noticed: 34

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lakhwinder Singh, Heather Lynn Singh, 76 N. Kennedy Drive, McAdoo, PA 18237-1908 |
| 5437509 | + | CACL FCU, 401 Beechwood Avenue, Mar Lin, PA 17951-9800 |
| 5437511 | + | Carrie Gerding, Esq, 120 CORPORATE BLVD, Norfolk, VA 23502-4952 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkfilings@zwickerpc.com | Mar 12 2025 18:48:00 | American Express National Bank c/o Zwicker & Assoc, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | + | EDI: PRA.COM | Mar 12 2025 22:44:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5437507 | + | Email/PDF: bncnotices@becket-lee.com | Mar 12 2025 19:19:33 | American Express, PO BOX 981537, El Paso, TX 79998-1537 |
| 5438272 | + | Email/Text: bkfilings@zwickerpc.com | Mar 12 2025 18:48:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 5437508 | ^ | MEBN | Mar 12 2025 18:45:32 | Bureau of Accounts Management, 3607 Rosemont Ave, Ste 502, Camp Hill, PA 17011-6943 |
| 5437512 | + | EDI: PHINGENESIS | Mar 12 2025 22:44:00 | CB Indigo, PO BOX 4499, Beaverton, OR 97076-4499 |
| 5437510 | + | EDI: CAPITALONE.COM | Mar 12 2025 22:44:00 | Capital One Bank USA NA, PO BOX 31293, Salt Lake City, UT 84131-0293 |
| 5437510 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 12 2025 18:54:39 | Capital One Bank USA NA, PO BOX 31293, Salt Lake City, UT 84131-0293 |
| 5437513 | + | EDI: CITICORP | Mar 12 2025 22:44:00 | Citicards CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 5437519 | | EDI: CITICORP | Mar 12 2025 22:44:00 | Macy's/DSNB, 911 Duke BLVD, Mason, OH 45040 |
| 5441201 | | EDI: Q3G.COM | Mar 12 2025 22:44:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5437514 | ^ | MEBN | Mar 12 2025 18:45:13 | Financial Recoveries, 200 East Park Drive, Ste 100, Mount Laurel, NJ 08054-1297 |
| 5437515 | + | EDI: AMINFOFP.COM | Mar 12 2025 22:44:00 | First Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |

| Recip ID | | Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 5437515 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 12 2025 18:54:46 | First Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5437517 | + | EDI: JPMORGANCHASE | Mar 12 2025 22:44:00 | JPMCB - Card Services, 301 N. Walnut Street, Floor 09, Wilmington, DE 19801-3971 |
| 5437517 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 12 2025 18:54:31 | JPMCB - Card Services, 301 N. Walnut Street, Floor 09, Wilmington, DE 19801-3971 |
| 5443028 | + | Email/Text: RASEBN@raslg.com | Mar 12 2025 18:47:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5437518 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 12 2025 18:54:31 | LVNV Funding LLC, PO BOX 1269, Greenville, SC 29602-1269 |
| 5438262 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 12 2025 18:54:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5437520 | + | Email/Text: Bankruptcies@nragroup.com | Mar 12 2025 18:48:00 | NTL Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 5440560 | + | EDI: AGFINANCE.COM | Mar 12 2025 22:44:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5437521 | + | EDI: AGFINANCE.COM | Mar 12 2025 22:44:00 | Onemain, 100 International Drive, 15th floor, Baltimore, MD 21202-4784 |
| 5437523 | | EDI: PRA.COM | Mar 12 2025 22:44:00 | Portfolio Recovery Associates, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502 |
| 5446653 | | EDI: PRA.COM | Mar 12 2025 22:44:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5437516 | | Email/Text: signed.order@pfwattorneys.com | Mar 12 2025 18:47:00 | Ian Winograd, Esq., Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 5437524 | | Email/Text: signed.order@pfwattorneys.com | Mar 12 2025 18:47:00 | Second Round Sub, LLC, 7 Entin Road, Parsippany, NJ 07054 |
| 5447015 | + | Email/PDF: ebnotices@pnmac.com | Mar 12 2025 18:54:41 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5437522 | + | Email/PDF: ebnotices@pnmac.com | Mar 12 2025 18:54:41 | Pennymac Loan Services LLC, 6101 Condor Drive, Moorpark, CA 93021-2602 |
| 5449043 | + | EDI: JEFFERSONCAP.COM | Mar 12 2025 22:44:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5437718 | ^ | MEBN | Mar 12 2025 18:45:29 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5447078 | | EDI: AIS.COM | Mar 12 2025 22:44:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5447078 | | Email/PDF: ebn_ais@aisinfo.com | Mar 12 2025 18:54:38 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5437525 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Mar 12 2025 18:54:47 | Wells Fargo Bank Card Services, PO BOX 14517, Des Moines, IA 50306-3517 |
| 5439555 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Mar 12 2025 18:54:41 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5437526 | + | Email/Text: bkfilings@zwickerpc.com | Mar 12 2025 18:48:00 | Zwicker & Associates, 3220 Tillman Dr Ste 215, Bensalem, PA 19020-2028 |

TOTAL: 35

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 14, 2025        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor PennyMac Loan Services LLC blemon@kmllawgroup.com |
| Charles Laputka | on behalf of Debtor 1 Lakhwinder Singh claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| Charles Laputka | on behalf of Debtor 2 Heather Lynn Singh claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor PennyMac Loan Services LLC bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Lakhwinder Singh,              Chapter     13

**Debtor 1**

                              Case No.     5:21−bk−02095−MJC

Heather Lynn Singh,

**Debtor 2**

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: March 12, 2025

ordsmiss (05/18)